BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 5385-7517
Facsimile: (916) 405-3908
besshelena@earthlink.net

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LEE JOHNSON<br>xxx-xx-2165 )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security )<br>of the United States of America, )<br>)<br>Defendant. )<br>) | Case No. 14-2754 MCE-CMK<br><br>**MOTION FOR EXTENSION OF TIME<br>TO FILE BRIEF; DELCARATION AND<br>ORDER** |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Plaintiff hereby moves the Court for an extension of time from June 10, 2015, to August 5, 2015, to file her Summary Judgment Motion. This extension is required due to the counsel's crowded briefing schedule. *See*, Declaration of Bess M. Brewer.

Dated: July 10, 2015

LAW OFFICE OF
BESS M. BREWER


By: /S/ *BESS M. BREWER*
BESS M. BREWER
Attorney for Plaintiff

1

1

2                           **DECLARATION OF BESS M. BREWER**

3          I, Bess M. Brewer, Declare:

4          1.      I am an attorney licensed the practice law in California and am

5                  admitted to practice before this Court. I represent the plaintiff in the

6                  above referenced case and submit this declaration in support of

7                  plaintiff's motion for leave to file her brief.

8          2.      Plaintiff's motion for summary judgment is due today, June 10, 2015.

9                  Due to other deadlines I contacted opposing counsel for an extension

10                 but did not get a response by the end of business on June 10, 2015.

11                 Consequently, I am filing a motion to extend the due date for Ms.

12                 Johnson's brief to August 5, 2015.

13         I declare under the penalty of perjury that the foregoing is true and correct to the best of my

14  knowledge, and that this declaration was executed on July 10, 2015, Sacramento, California.

15

16                                          /s/ Bess M. Brewer

17                                          BESS M. BREWER

18

19

20                                  **ORDER**

21  APPROVED AND SO ORDERED.

22  Dated:   July 17, 2015

23                                          _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                            2