1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 385-7517

4

5  Attorneys for Plaintiff

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 KELLY LEE JOHNSON         )
   xxx-xx-2165               )    Case No. 14-2754 CMK
                             )
12                           )    STIPULATION AND
                             )    ORDER EXTENDING PLAINTIFF'S
13            Plaintiff,     )    TIME TO FILE SUMMARY
                             )    JUDGEMENT MOTION
14 v.                        )
                             )
15 COMMISSIONER OF SSA       )
                             )
16            Defendant.     )
                             )
17                           )

18

19     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

20 Plaintiff's time to file her summary judgment motion is hereby extended to August 21, 2015, with all

21 other deadlines extended accordingly.   Plaintiff's brief was due August 5, 2015, but due to

22 unexpected and expanded care taking duties counsel was unable to complete the brief as scheduled.

23 ////

24 ////

25 ////

26

27

28

                                          1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 11, 2015 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: August 11, 2015 | Benjamin B. Wagner<br>United States Attorney |
| 8 | | Donna L. Calvert |
| 9 | | Regional Chief Counsel, Region IX<br>Social Security Administration |
| 10 | | /s/ Kevin Gill |
| 11 | | KEVIN GILL |
| 12 | | Special Assistant United States Attorney |
| | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   August 18, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2