1  BENJAMIN B. WAGNER
United States Attorney
2  DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
3  BRENDA M. PULLIN
Special Assistant United States Attorney
4  Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LEE JOHNSON,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:14-CV-2754-MCE-CMK<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days, *nunc pro tunc*, to respond to Plaintiff's motion for summary judgment.  The extension is necessary because the undersigned attorney for Defendant has unexpectedly been on leave since September 21, 2015, due to a medical emergency.

1

There have been two prior extensions in this case, each for filing Plaintiff's motion for summary judgment. Defendant's motion was previously due on or before September 28, 2015; the new deadline would be October 28, 2015.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: October 7, 2015          By: */s/ Bess M. Brewer*
                                     (as authorized via e-mail)
                                     BESS M. BREWER
                                     Attorney for Plaintiff

                                     BENJAMIN B. WAGNER
                                     United States Attorney

Dated: October 7, 2015          By:*/s/ Brenda M. Pullin*
                                     BRENDA M. PULLIN
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 8, 2015

                                     _____
                                     CRAIG M. KELLISON
                                     UNITED STATES MAGISTRATE JUDGE

2