BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KELLY LEE JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:14-cv-02754-MCE-CMK<br><br>STIPULATION AND ORDER FOR DEFENDANT'S SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 15 day extension, from October 28, 2015 to November 12, 2015,  in which to respond to Plaintiff's Motion for Summary Judgment.

    This is Defendant's second request for an extension.  Defendant's brief was previously due on October 28, 2015.  Unfortunately, previous counsel's unexpected medical leave has necessitated that this case be transferred to new counsel as of November 5, 2015.  New counsel asks for this short extension in order to familiarize herself with the facts of this case and to analyze the legal issues raised by Plaintiff.  Defendant apologizes for the inconvenience to the Court and to Plaintiff.

Stip for EOT, 2:14-cv-02754-MCE-CMK                 1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: November 5, 2015         By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

LAW OFFICES OF BESS M. BREWER

Dated: November 5, 2015         By: */s/ Bess M. Brewer*
BESS M. BREWER
Attorney for Plaintiff
(as approved by email on November 5, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  November 12, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE