BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KELLY LEE JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:14-cv-02754-MCE-CMK<br><br>STIPULATION AND ORDER FOR DEFENDANT'S THIRD EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a short, 1 day extension, from November 12, 2015 to November 13, 2015,  in which to respond to Plaintiff's Motion for Summary Judgment.

    This is Defendant's third request for an extension.  Counsel regretfully asks for this very short extension due to technical difficulties which have caused Counsel to lose a portion of her brief and are likely to prevent her from filing her responsive brief by the end of the day.  Defendant apologizes for the inconvenience to the Court and to Plaintiff.

Stip for EOT, 2:14-cv-02754-MCE-CMK         1

This request is not meant to cause intentional delay.

Respectfully submitted,

                              BENJAMIN WAGNER
                              United States Attorney

Dated: November 12, 2015       By: /s/ *Marla K. Letellier*
                              MARLA K. LETELLIER
                              Special Assistant United States Attorney
                              Attorneys for Defendant

                              LAW OFFICES OF BESS M. BREWER

Dated: November 12, 2015       By: /s/ *Bess M. Brewer*
                              BESS M. BREWER
                              Attorney for Plaintiff
                              (as approved by email on November 12, 2015)


                PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  November 20, 2015

                              CRAIG M. KELLISON
                              UNITED STATES MAGISTRATE JUDGE