BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LEE JOHNSON<br>xxx-xx-2165<br><br>Plaintiff,<br><br>COMMISSIONER OF SSA<br>Defendant. | Case No. 14-2754 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from December 4, 2015, to January 8, 2016, with all other deadlines extended accordingly. This extension is required due to the counsel's crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: December 4, 2015 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| 2 | | |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: December 4, 2015 | Benjamin B. Wagner<br>United States Attorney |
| 7 | | Donna L. Calvert<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| 8 | | |
| 9 | | /s/ Marla Letellierr |
| 10 | | MARLA LETELLIER |
| 11 | | Special Assistant United States Attorney |
| | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   December 14, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2